IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| USPG Portfolio Two, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Case No. 3:11-cv-00100 |
| | : | |
| | : | Judge Timothy S. Black |
| John Hancock Life Insurance Company(USA) et al, | : | |
| | : | |
| Defendants. | : | |

### AGREED ENTRY OF DISMISSAL WITH PREJUDICE

On January 20, 2012, the Court filed its Decision and Entry: (1) Granting Plaintiff's Motion for Partial Summary Judgment in Part and Denying it in Part (Doc. 32); and (2) Granting Defendant's Motion for Summary Judgment in Part and Denying it in Part (Doc. 36) (the "Decision and Entry") [Doc #: 41].

The parties are in agreement that in light of the Decision and Entry, there is no need to further litigate any or all of the issues which remain pending before this Court.

The parties, therefore, further agree that all issues not resolved by this Court's summary judgment in the instant matter should be dismissed with prejudice. It is, therefore,

ORDERED, ADJUDGED AND DECREED that all issues not previously resolved by this Court's summary judgment order are dismissed with prejudice, and each party shall bear its own costs.

Date: 3/1/12

_____
Timothy S. Black
United States District Judge

READ AND APPROVED:

/s/ Jeffrey R. Seckel      02/29/12
Jeffrey R. Seckel
jseckel@mcslaw.com
Texas Bar No. 17973200
McGuire Craddock & Strother, P.C.
2501 N. Harwood Street, Suite 1800
Dallas, TX 75201
214.954.6800
214.954.6850 (fax)
Attorneys for Plaintiff, USPG
Portfolio Two, LLC


/s/ Eliott R. Good      02/29/12
Eliott R. Good (0025635)
ergood@chorgood.com
605 South Front Street
Suite 210
Columbus, OH  43215
614/469-1301
614/469/0122 (fax)
Attorneys for Defendant,
John Hancock Life Insurance Company (USA)