**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**USPG Portfolio Two LLC,**

   Plaintiff,

                                             **CASE NO.     3:11-CV-100**

**-vs-**

                                             **Judge Timothy S. Black**

**John Hancock Life Insurance Company (USA),**

   Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Substitution provision in the Mortgage: (1) allows for the release of individual parcels of property; and (2) requires that either all real property be pledged as Substitute Property or all Qualified Securities be pledged as Substitute Property.  This case is **CLOSED**.

Date:   March 1, 2012                                          **JAMES BONINI, CLERK**

                                                             By: s/ M. Rogers
                                                                  Deputy Clerk